# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIN CROCKWELL, | |
| Plaintiff, | Civil Action No. 22-1649 (BAH) |
| v. | Judge Beryl A. Howell |
| LLOYD J. AUSTIN, III<br>*in his official capacity as United States*<br>*Secretary of Defense*, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of defendants' Motion for Summary Judgment, ECF No. 21, plaintiff's Corrected Cross-Motion for Summary Judgment, ECF No. 27, the memoranda submitted in support and opposition thereto, the Joint Appendix of Relevant Portions of the Certified Administrative Record, ECF No. 31, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Motion for Summary Judgment, ECF No. 21, is **DENIED**; and it is further

**ORDERED** that plaintiff's Corrected Cross-Motion for Summary Judgment, ECF No. 27, is **GRANTED**; and it is further

**ORDERED** that this matter be remanded to the Physical Disability Board of Review for further consideration consistent with the accompanying Memorandum Opinion; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

1

**SO ORDERED.**

*This is a final and appealable order.*

Date:   March 28, 2024

_____
**BERYL A. HOWELL**
United States District Judge